IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN NETTER,

      Plaintiff,                     No. CIV S-07-2564 MCE GGH P

  vs.

J. LAWRENCE, et al.,

      Defendants.          ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

        Plaintiff's in forma pauperis application is incomplete. See 28 U.S.C. § 1915(a)(2). Plaintiff will be granted thirty days to submit a complete application to proceed in forma pauperis and a certified copy of his prison trust account statement for the relevant six-month period.

        Accordingly, IT IS HEREBY ORDERED that plaintiff shall complete the attached application to proceed in forma pauperis and submit it to the court, within thirty days from the date of this order, with a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of the complaint in this action. Plaintiff is

1

cautioned that failure to comply with this order or seek an extension of time to do so will result in a recommendation that this action be dismissed without prejudice.

DATED: 01/14/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:cm
nett2564.3c